JM    /304A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: RICHARD ALLEN DAVIDSON and JACQUELINE JOLENE DAVIDSON     Case No: 4:25-bk-10171 T

OBJECTION TO CONFIRMATION OF PLAN
AS AMENDED PRE-CONFIRMATION ON 06/17/2025

   Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

   1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **(A) Based on recently provided paystubs, Mr. Davidson's income listed on Schedule I appears to be understated. (B) It is unclear to the Trustee if the $420 monthly insurance expense listed on line 15c of Schedule J occurs every month.**

   WHEREFORE, the Trustee prays that the Debtors are given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

Dated: 7/7/2025

CHAPTER 13 TRUSTEE

/s/ Mark T. McCarty

cc:   Richard Allen Davidson and
      Jacqueline Jolene Davidson
   263 Pershing Dr
   Austin, AR 72007

   Caddell Reynolds Law Firm   (Noticed by ECF)
   Joel G Hargis
   P O Box 184
   Fort Smith, AR 72902