GO11-17(a)/ BS   /59A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Richard Allen Davidson and Jacqueline Jolene Davidson     CASE NO:   4:25-bk-10171 T
Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [62], filed on 07/07/2025 by the Trustee.  The Objection was set for hearing on 08/14/2025.  Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The Debtors are hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, amended Schedules I & J, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing upon the submission of an order by the Trustee.

IT IS SO ORDERED.

/s/  Richard D. Taylor
Richard D. Taylor
U.S. Bankruptcy Judge

Date:   August 15, 2025

cc:  Mark T. McCarty, Trustee

    Caddell Reynolds Law Firm     (Noticed by ECF)
    Joel G Hargis
    P O Box 184
    Fort Smith, AR  72902

    Richard Allen Davidson and Jacqueline Jolene Davidson
    263 Pershing Dr
    Austin, AR  72007