UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In Re:   RICHARD ALLEN DAVIDSON and JACQUELINE JOLENE DAVIDSON

Case No:  4:25-bk-10171 T
Chapter 13

### SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Mark T. McCarty, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this notice.  This Notice is provided to the Debtor and the Debtor's attorney and is filed with the U.S. Bankruptcy Court.

In this Notice, the classification of each claim (e.g. priority, secured or unsecured) is listed.  "Claim Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed.  Non priority claims filed that are not listed in the Debtor's bankruptcy schedules are described as "unlisted."  If a creditor files a priority claim, it is listed as priority whether or not scheduled.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed, is deemed allowed unless the Debtor or a party-in-interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan.  Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedures.

Dated:  9/4/2025

/s/   Mark T. McCarty
CHAPTER 13 TRUSTEE

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| ACADEMY BANK NA<br>LAUNCH SERVICING LLC<br>P O BOX 845073<br>DALLAS, TX  75284 | $61,919.84 | Secured (F)<br>Account No:  6491<br>Comment  :  SOLAR PANELS    -Enium Capital Group<br>Surrendered | |
| AIDVANTAGE<br>DEPT OF ED LOAN SERVICES<br>P O BOX 4450<br>PORTLAND, OR  97208 | $42,599.41 | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  6491<br>Comment  :  STUDEN LOAN | Pro-Rata |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 660618<br>DALLAS, TX  75266 | $19,519.85 | Secured Non 506 - Vehicle<br>Account No:  2252<br>Comment  :  2020 NISSAN ARMADA   -MOD 5/25<br>Monthly Payment:    $405.20 | 100.00 |
| American Express<br>PO Box 981535<br>El Paso, TX  79998-1535 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:  6703<br>Comment  : | |
| American Express<br>PO Box 981535<br>El Paso, TX  79998-1535 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:  2553<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>c/o BECKETT AND LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $10,391.52 | Unsecured (H)<br>Account No:  2004<br>Comment  : | Pro-Rata |
| AMERICAN EXPRESS NATIONAL BANK<br>c/o BECKETT AND LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $3,244.23 | Unsecured (H)<br>Account No:  1003<br>Comment  : | Pro-Rata |
| ARVEST BANK<br>P O BOX 1327<br>FAYETTEVILLE, AR  72702-1327 | $22,075.00 | Secured - Vehicle (F)<br>Account No:  3000<br>Comment  :  2022 BUICK ENVISION   -MOD 5/25<br>Monthly Payment:    $458.24 | 100.00 |
| ARVEST BANK<br>P O BOX 1327<br>FAYETTEVILLE, AR  72702-1327 | $11,217.18 | Unsecured (H)<br>Account No:  3000<br>Comment  :  NON-506 SPLIT - 2022 BUICK ENVISIO | Pro-Rata |
| BLUEGREEN CORPORATION<br>MORTGAGE DEPT ATTN BANKRUPTC`<br>BOCA RATON FL 33431-4413<br>,  00000 | $0.00<br>Claim Not Filed | Secured (F)<br>Account No:  8291<br>Comment  :  TIMESHARES<br>Surrendered | |
| CADDELL REYNOLDS LAW FIRM<br>Joel G Hargis<br>P O Box 184<br>Fort Smith, AR  72902 | $4,835.25 | Attorney Fee - Initial<br>Account No:<br>Comment  : | 100.00 |
| CADDELL REYNOLDS LAW FIRM<br>Joel G Hargis<br>P O Box 184<br>Fort Smith, AR  72902 | $165.00 | Attorney Fee - Additional<br>Account No:<br>Comment  : | 100.00 |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213 | $10,216.30 | Unsecured (H)<br>Account No:  3703<br>Comment  :  My Best Buy Visa Platinum | Pro-Rata |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213 | $6,443.53 | Unsecured (H)<br>Account No:  9546<br>Comment  :  My Best Buy Credit Card | Pro-Rata |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213 | $7,222.69 | Unsecured (H)<br>Account No:  2130<br>Comment  :  THD | Pro-Rata |
| DEPT OF EDUCATION/NELN<br>PO BOX 82561<br>LINCOLN, NE  68501 | $0.00 | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  9123<br>Comment  :  SEE CLM #26 | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| DEPT OF EDUCATION/NELN<br>PO BOX 82561<br>LINCOLN, NE 68501 | $0.00 | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 9323<br>Comment : SEE CLM #26 | |
| FIRST COMMUNITY BANK<br>2401 W BEEBE CAPPS EXPRESSWAY<br>SEARCY, AR 72143 | $2,589.00 | Secured (F)<br>Account No: 2481<br>Comment : SPARTAN RIDING MOWER<br>Monthly Payment: $51.90 | 100.00<br>-MOD 5/2 |
| FIRST COMMUNITY BANK<br>2401 W BEEBE CAPPS EXPRESSWAY<br>SEARCY, AR 72143 | $2,942.17 | Unsecured (H)<br>Account No: 2481<br>Comment : SPLIT CLM | Pro-Rata |
| FNB OMAHA<br>P O BOX 3412<br>OMAHA, NE 68197 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No: 1001<br>Comment : -MOD 5/25 | |
| JAMES DAVIDSON<br>2 BLUERIDGE DR<br>SEARCY, AR 72143-7102 | | Notice Only (Z)<br>Account No:<br>Comment : PERFORMANCE FINANCE | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677-2813 | $4,266.62 | Unsecured (H)<br>Account No: 5748<br>Comment : PRIVATE LABEL | Pro-Rata |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677-2813 | $1,343.01 | Unsecured (H)<br>Account No: 5453<br>Comment : SYNC/JCP | Pro-Rata |
| JENIUS BANK<br>PO BOX 71217<br>PHILADELPHIA, PA 19176 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No: 0287<br>Comment : | |
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA 18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 0906<br>Comment : | |
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA 18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 0112<br>Comment : | |
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA 18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No: 0606<br>Comment : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA  18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  0809<br>Comment  : | |
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA  18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  0104<br>Comment  : | |
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA  18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  0118<br>Comment  : | |
| NAVIENT<br>POB 9635<br>WILKES BARRE, PA  18773 | $0.00<br>Claim Not Filed | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  0503<br>Comment  : | |
| PERFORMANCE FINANCE<br>P O BOX 3882<br>OAK BROOK, IL  60522 | $4,050.82 | Secured (F)<br>Account No:  5290<br>Comment  :  2007 VICTORY KINGPEN MOTORCYCI<br>Surrendered | |
| PORTFOLIO RECOVERY ASSOCIATES<br>ATTENTION:  PAYMENTS<br>P O BOX 12914<br>NORFOLK, VA  23541 | $16,125.16 | Unsecured (H)<br>Account No:  1412<br>Comment  :  AMERICAN AIRLINES/BARCLAYS BANI | Pro-Rata |
| PORTFOLIO RECOVERY ASSOCIATES<br>ATTENTION:  PAYMENTS<br>P O BOX 12914<br>NORFOLK, VA  23541 | $10,009.41 | Unsecured (H)<br>Account No:  8111<br>Comment  :  BARCLAYS BANK DELAWARE | Pro-Rata |
| Quantum3 Group LLC<br>P O Box 2489<br>Kirkland, WA  98083 | $4,323.07 | Unsecured (H)<br>Account No:  8230<br>Comment  :  COMENITY | Pro-Rata |
| Quantum3 Group LLC<br>P O Box 2489<br>Kirkland, WA  98083 | $2,178.85 | Unsecured (H)<br>Account No:  4814<br>Comment  :  COMENITY/ACADEMY | Pro-Rata |
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $10,979.80 | Unsecured (H)<br>Account No:  3581<br>Comment  :  BARCLAYS | Pro-Rata |
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $9,464.32 | Unsecured (H)<br>Account No:  3921<br>Comment  :  CITI | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $28,606.14 | Unsecured (H)<br>Account No:  XXXXX1565<br>Comment  :  Sofi Bank, National Association | Pro-Rata |
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $17,113.92 | Unsecured (H)<br>Account No:  4621<br>Comment  :  SYNC | Pro-Rata |
| ROCKET MORTGAGE LLC FKA QUICKEN<br>ATTN BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | $146,423.62 | MTG - Ongoing Payment (DD)<br>Account No:  5460<br>Comment  :  263 PERSHING DR<br>Paid outside | |
| ROCKET MORTGAGE LLC FKA QUICKEN<br>ATTN BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | $347.45 | MTG - Pre-Petition Arrears (E)<br>Account No:  5460<br>Comment  :  escrow shortage   -MOD 5/25<br>Monthly Payment:        $5.79 | 100.00 |
| ROCKET MORTGAGE LLC FKA QUICKEN<br>ATTN BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | $900.00 | MTG Fees, Costs and Expenses<br>Account No:  5460<br>Comment  :  POC 3/7/25, PLAN 1/24/25<br>Paid outside | |
| SYNCHRONY BANK  WALMART<br>PO BOX 71782<br>PHILADELPHIA, PA  19176-1782 | $0.00<br>Claim Not Filed | Unsecured (H)<br>Account No:  5748<br>Comment  :  -MOD 5/25 | |
| TTCU FEDERAL CREDIT UNION<br>P O BOX 477550<br>TULSA, OK  74147-7550 | $14,890.00 | Secured (F)<br>Account No:  0623<br>Comment  :  2022 BRAXTON CREEK BUSHWACKER<br>Surrendered | |
| TTCU FEDERAL CREDIT UNION<br>P O BOX 477550<br>TULSA, OK  74147-7550 | $12,029.52 | Unsecured (H)<br>Account No:  0623<br>Comment  :  DEF 2022 BUSHWACKER | Pro-Rata |
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $18,078.03 | Priority Debt (C)<br>Account No:  XXXXX6491<br>Comment  :  2022-2024 INC TAXES    -MOD 5/25 | 100.00 |
| UNITED STATES TREASURY<br>CORRESPONDENCE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00 | Priority Debt (C)<br>Account No:<br>Comment  :  REMOVED FROM PLAN    -MOD 5/25 | |
| UNITED STATES TREASURY<br>CORRESPONDENCE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00 | Priority Debt (C)<br>Account No:<br>Comment  :  REMOVED FROM PLAN    MOD 5/25 | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $8,016.76 | Unsecured (H)<br>Account No:  0623<br>Comment  :  2019 INC TAX/PENALTY | Pro-Rata |
| UNITED STATES TREASURY<br>Centralized Insolvency Operation<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,516.00 | Secured (F)<br>Account No:  0623<br>Comment  :  2019 INC TAX    -MOD 5/25<br>Monthly Payment:      $30.74 | 100.00 |
| US DEPARTMENT OF EDUCATION<br>NELNET<br>P O BOX 2837<br>PORTLAND, OR  97208 | $23,127.12 | Unsecured - Non-Dischargeable Debt (L)<br>Account No:  0623<br>Comment  :  STUDENT LOAN | Pro-Rata |

CC:     RICHARD ALLEN DAVIDSON and
        JACQUELINE JOLENE DAVIDSON
        263 Pershing Dr
        Austin, AR  72007

        CADDELL REYNOLDS LAW FIRM   (Noticed by ECF)
        Joel G Hargis
        P O Box 184
        Fort Smith, AR  72902